FRI., FEBRUARY 20, 2015

FOURTH COURT OF APPEALS
KEITH E. HOTTLE, CLERK OF COURT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA ST., ROOM 3200
SAN ANTONIO, TEXAS 78205-3037



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 MAR -9 PM 1:42
KEITH E. HOTTLE, CLERK

RE: McKINNEY v. STATE, # 04-13-00433-CR (#PD-1231-14)

KEITH E. HOTTLE, CLERK OF COURT:

    ATTACHED HERETO IS A COPY OF A LETTER APPELLANT HAS WRITTEN & ADDRESSED TO APPELLATE COUNSEL OF RECORD (GEORGE B. DOMBART). APPELLANT WISHES FOR YOU TO PLACE SAID COPY OF LETTER TO APPELLATE COUNSEL IN THE FOURTH COURT OF APPEAL'S RECORDS.

    APPELLANT PRAYS HIS REQUEST IN THE ABOVE IS GRANTED.

RESPECTFULLY,

R. McKinney

MR. McKINNEY, R.
697920
200 N. COMAL ST.
SAN ANTONIO, TX. 78207

cc: APPELLANT

FRI., FEBRUARY 20, 2015

LAW OFFICE OF GEORGE B. DOMBART
700 N. ST. MARY'S ST., STE. 1900
SAN ANTONIO, TX. 78205

RE: STATE v. McKINNEY, #2012-CR-8329/#04-13-00433-CR (PD-1231-14)

MR. DOMBART,

I'M SURE YOU'RE AWARE I'VE BEEN RELOCATED TO BEXAR COUNTY JAIL FROM T.D.C.J (BETO UNIT). SINCE BEING HERE I'VE DISCOVERED THE STATE'S PETITION FOR DISCRETIONARY REVIEW WAS DENIED (DEC. 10, 2014), & THAT A MOTION FOR BAIL PENDING APPEAL (#1231-14) WAS GRANTED ON MY BEHALF (DEC. 18, 2014).

TODAY I WAS INTERVIEWED FOR A "P.R. BOND," BUT WAS INFORMED I WOULD BE UNABLE TO POST IT DUE TO HAVING A "TDCJ HOLD." IF I'M CORRECT I SHOULD BE ABLE TO POST BAIL BEING I WAS GRANTED BAIL PENDING APPEAL FOR A CHARGE (2012-CR-8329) I WAS SENT TO TDCJ FOR & SUCCESSFULLY APPEALED. APPARENTLY A MISTAKE HAS BEEN MADE NECESSITATING MY NEED FOR YOU TO BRING TO THE COURT'S ATTENTION THE PROBLEM.

I PRAY YOU GIVE ATTENTION TO THIS MATTER AS SOON AS POSSIBLE.

RESPECTFULLY,

MR. McKINNEY, R.
477920
200 N. COMAL ST.
SAN ANTONIO, TX. 78207

CC: APPELLANT (MR. McKINNEY, #2012-CR-8329/#04-13-00433-CR)
    DISTRICT CLERK, BEXAR COUNTY (DONNA KAY McKINNEY)
    CLERK, FOURTH COURT OF APPEALS (KEITH E. HOTTLE)

# UNSWORN DECLARATION BY INMATE

I, McKINNEY, RAYMOND , SID 697910

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the 01 day of MARCH , 2015.

_R. McK_____

Defendant

Mr. McKinney, Rt.
697920
200 N. Comal St.
San Antonio, Tx. 78207



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 MAR -9 PM 1:42

Indicated Keith E. Hottle
LEGAL
CORRESPONDENCE /


neopost
03/05/2015
US POSTAGE $00.48⁰

FIRST-CLASS MAIL

ZIP 78205
041L12202040

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

7820583037 C011